

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Medical Center*

*3150 Horton Road*
*Fort Worth, TX 76119*

November 15, 2017

Honorable Marcia A. Crone
United States District Judge
Eastern District of Texas
Jack Brooks Federal Building and United States Courthouse
300 Willow Street, Suite 239
Beaumont, Texas 77701

                                                Re:   WHISMAN, William Craig
                                                                   Reg. No. 26731-078
                                                                   Case No. 4:16CR173

Dear Judge Crone:

Per our previous telephone conversation with your office, we are providing a letter documenting our discussion regarding completion of Mr. William Craig Whisman's court-ordered psychological evaluation. As discussed, we will complete the evaluation on or about November 16, 2017. We will then submit the report to your office on or about December 1, 2017.

Thank you for your assistance in this matter. If you have any questions or if we can provide further assistance, please contact me at (817) 413-3014, or Samuel Browning, Ph.D., Licensed Psychologist, at (817) 413-3269.

Sincerely,

*Lisa Bellah, Ph.D.*

Lisa Bellah, Ph.D.
Licensed Psychologist



U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center*

*3150 Horton Road*
*Fort Worth, TX 76119*

November 15, 2017

Honorable Christine A. Nowak
United States Magistrate Judge
Eastern District of Texas
United States Courthouse Annex
200 North Travis Street
Sherman, Texas 75090

                                          Re:  WHISMAN, William Craig
                                                Reg. No. 26731-078
                                                Case No. 4:16CR173

Dear Judge Nowak:

Per our previous telephone conversation with your office, we are providing a letter documenting our discussion regarding completion of Mr. William Craig Whisman's court-ordered psychological evaluation. As discussed, we will complete the evaluation on or about November 16, 2017. We will then submit the report to your office on or about December 1, 2017.

Thank you for your assistance in this matter. If you have any questions or if we can provide further assistance, please contact me at (817) 413-3014, or Samuel Browning, Ph.D., Licensed Psychologist, at (817) 413-3269.

Sincerely,

*Lisa Bellah, PhD*

Lisa Bellah, Ph.D.
Licensed Psychologist